IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SAMUEL PIERRELOUIS,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

Case No.     5D22-333
LT Case No. 2021-CF-008404-A-O

_____/

Decision filed October 11, 2022

Appeal from the Circuit Court
for Orange County,
Chad K. Alvaro, Judge.

Matthew J. Metz, Public Defender, and Natalie
R. Gossett, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and L. Charlene Matthews, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, SASSO and NARDELLA, JJ., concur.